**Nathaniel C. McCLAIN, Petitioner,**

v.

**STATE of Florida, Respondent.**

**No. 1D16–4042.**

District Court of Appeal of Florida, First District.

Sept. 30, 2016.

Rehearing Denied Dec. 19, 2016.

Nathaniel C. McClain, pro se, Petitioner.

Pamela Jo Bondi, Attorney General, Tallahassee, for Respondent.

PER CURIAM.

DENIED. *See* Fla. R. App. P. 9.141(c)(5)(A).

ROBERTS, C.J., MAKAR and BILBREY, JJ., concur.

**Richard W. HEAGNEY, Petitioner,**

v.

**STATE of Florida, Respondent.**

**No. 1D16–4094.**

District Court of Appeal of Florida, First District.

Oct. 10, 2016.

Rehearing Denied Nov. 21, 2016.

Richard W. Heagney, pro se, Petitioner.

Pamela Jo Bondi, Attorney General, Tallahassee, for Respondent.

PER CURIAM.

The petition alleging ineffective assistance of appellate counsel is denied on the merits.

LEWIS, RAY, and WINSOR, JJ., concur.